**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ISRAEL HERNANDEZ** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. **1:14-cv-00922-RJL** |
| | * |
| **CASEY B. STRINGER, ET AL.** | * |
| | * |
| **Defendants.** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT**

Plaintiff Israel Hernandez and Defendants Casey B. Stringer and Broughton Construction Company, LLC (the "Parties"), through their undersigned counsel, respectfully request that this Honorable Court approve a settlement agreement that the Parties reached in the above-captioned case concerning Plaintiff's lawsuit under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").  As grounds therefore, the Parties state as follows:

In the present case, Plaintiff alleges that Defendants violated the FLSA by failing to pay Plaintiff one-and-one-half times (1.5x) his regular rate for the hours he worked over forty (40) in each week.  Defendants assert that they do not owe Plaintiff any additional overtime wages because Plaintiff was a properly exempt management employee.  The Parties agree that bona fide disputes exist as to the nature of Plaintiff's claims, Plaintiff's alleged damages, and Defendants' asserted defenses thereto.

The present case was resolved during a court-ordered settlement conference with a U.S. Magistrate Judge.  The Parties seek Court approval of this settlement.  A proposed Order is attached.

Respectfully submitted,

_____/s/_____
Michael K. Amster (Bar No. 1001110)
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave. Suite 400
Silver Spring, MD 20910
Telephone: 301-587-9373
Fax: 240-839-9142
mamster@zagfirm.com

*Counsel for Israel Hernandez*

_____/s_____
Christopher A. Taggi (Bar No. 473065)
ASMAR, SCHOR & MCKENNA, PLLC
5335 Wisconsin Ave., NW, Suite 400
Washington, D.C. 20015
Tel. (202) 244- 4264
Fax (202) 686- 3567
ctaggi@asm-law.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2016, a true and correct copy of the foregoing was served via ECF on all counsel of record.

_____/s_____
Michael K. Amster