IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISRAEL HERNANDEZ | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:14-cv-00922-GMH |
| | * | |
| CASEY B. STRINGER, ET AL. | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Judicial Approval of Settlement filed by Plaintiff, Israel Hernandez, and Defendants, Casey B. Stringer and Broughton Construction Company, LLC, it is this 22nd day of December 2016 hereby:

ORDERED, that the Parties' Motion is hereby granted; and it is further

ORDERED, that the Parties' Settlement Agreement is hereby Approved; and it is further

ORDERED, that the case shall be DISMISSED WITH PREJUDICE.

_____
United States Magistrate Judge